JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| ZOBELE MEXICO, S.A. de C.V., | USDC No. 2:18-CV-5034 |
| Plaintiff, | Complaint Filed: June 6, 2018 |
| v. | **CONSENT JUDGMENT** |
| AUTO EXPRESSIONS, LLC and KRACO ENTERPRISES, LLC, | |
| Defendants. | |

The parties having stipulated to the entry of this Consent Judgment, IT IS ORDERED, ADJUDGED, AND DECREED,

1. The Court has jurisdiction over the subject matter of this action pursuant to 28 U.S.C. § 1332.

2. Plaintiff Zobele Mexico, S.A. de C.V. is a company duly formed and existing under the laws of Mexico, with its principal place of business in Hermosillo, Sonora, Mexico.

3. Defendant Auto Expressions, LLC ("Auto Expressions") is an Illinois

limited liability company, with its principal office at 505 E. Euclid Avenue, Compton, California 90224, that is registered to do business in the State of California.

4. Defendant Kraco Enterprises, LLC ("Kraco") is an Illinois limited liability company, with its principal office at 505 E. Euclid Avenue, Compton, California, 90224, that is registered to do business in the State of California.

5. On July 30, 2018, Defendant Kraco entered into that certain *General Assignment for the Benefit of Creditors* (the "Assignment") pursuant to California Code of Civil Procedure Section 1802. Through the Assignment, Kraco assigned all of its assets to the assignee under the Assignment (the "Assignee"), including, without limitation, 100% of the equity interests in Auto Expressions. In addition to assigning all of its assets to the Assignee, the Assignment authorized the Assignee to "settle any and all claims against or in favor of [Kraco], with the full power to compromise, or, in the Assignee's sole discretion, to sue or be sued, and to prosecute or defend any claim or claims of any nature whatsoever existing in favor of [Kraco]." Assignment § 5(f).

6. The Assignee has consented to the entry of this Consent Judgment.

7. Judgment be and hereby is entered in favor of Plaintiff Zobele Mexico, S.A. de C.V. against Defendants Auto Expressions, LLC and Kraco Enterprises, LLC, jointly and severally, in the amount of Eight Hundred Thirty Six Thousand Eight Hundred Forty Seven Dollars and Eight Cents ($836,847.08) on the First Claim of the Complaint.

8. Judgment be and hereby is entered in favor of Plaintiff Zobele Mexico, S.A. de C.V. against Defendants Auto Expressions, LLC and Kraco Enterprises, LLC, jointly and severally, in the amount of Eight Hundred Thirty Six Thousand Eight Hundred Forty Seven Dollars and Eight Cents ($836,847.08) on the Second Claim of the Complaint.

9. Judgment be and hereby is entered in favor of Plaintiff Zobele Mexico,

S.A. de C.V. against Defendants Auto Expressions, LLC and Kraco Enterprises, LLC, jointly and severally, in the amount of Eight Hundred Thirty Six Thousand Eight Hundred Forty Seven Dollars and Eight Cents ($836,847.08) on the Third Claim of the Complaint.

10. The Fourth Claim of the Complaint is hereby dismissed without prejudice.

11. Plaintiff Zobele Mexico, S.A. de C.V. is entitled to the entry of a judgment against Defendants Auto Expressions, LLC and Kraco Enterprises, LLC, jointly and severally in the following amount:

    a. Damages in the amount of $836,847.08.

    b. Costs and expenses in the amount of $$1,115.80.

12. The Clerk shall enter the judgment.

IT IS SO ORDERED.

DATED: September 17, 2018

By: _____
UNITED STATES DISTRICT JUDGE

6558848/1

3

CONSENT JUDGMENT